to the Court of Appeal, First Circuit, Parish of Lafourche. 149 So.2d 696.

Writ refused. On the facts found by the Court of Appeal, we find no error in the judgment complained of.

151 So.2d 494

**James Otis HOWARD**

v.

**LOFFLAND BROTHERS COMPANY and The Travelers Insurance Company and Pan American Petroleum Corporation.**

No. 46674.

April 11, 1963.

In re: Pan American Petroleum Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 149 So.2d 704.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.